**ATTACHMENT 2**

Pursuant to Pre-Trial Order No. 11, the following is a list of individual case captions for the plaintiffs named in the Agyapong, et al v. Janssen Research & Development, et al. Joint Complaint:

1.    KWAKU AGYAPONG

       v.

       JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

2.    KENDALL ALLEN ON BEHALF OF PAULINE ALLEN, DECEASED

       v.

       JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

3.    DOUGLAS ANTLEY

       v.

       JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

4.    RAYMOND AUSTIN

     v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

5.    VELMA BAIRD

     v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

6.    ALLEGRA BAKER ON BEHALF OF LLOYD BAKER, DECEASED

     v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

7.    DAVID BAKER

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

8.    STEPHEN BALCERZAK

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

9.    HELEN BODELL

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

10.  BILLY BRANNON

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

11.  MARGARET BRAY

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

12.  KATHRYN BROWN ON BEHALF OF WILLIAM BROWN, DECEASED

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

13. SHIRLEY BUS

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
    PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
    LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
    INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
    JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
    BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
    BAYER HEALTHCARE AG, and BAYER AG

14. JEAN CARMICHAEL

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
    PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
    LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
    INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
    JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
    BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
    BAYER HEALTHCARE AG, and BAYER AG

15. BILLY CHANNELL

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
    PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
    LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
    INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
    JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
    BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
    BAYER HEALTHCARE AG, and BAYER AG

16. THOMAS CLOCK

    v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

17. OLEN COLEMAN

    v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

18. MOODY COOK

    v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

19. JAMES CRADDOCK ON BEHALF OF LINDA CRADDOCK, DECEASED

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
    PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
    LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
    INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
    JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
    BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
    BAYER HEALTHCARE AG, and BAYER AG

20. SHERRY CRAWFORD ON BEHALF OF JERRY CRAWFORD, DECEASED

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
    PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
    LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
    INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
    JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
    BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
    BAYER HEALTHCARE AG, and BAYER AG

21. GEORGE EATON

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
    PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
    LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
    INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
    JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
    BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
    BAYER HEALTHCARE AG, and BAYER AG

22.    MARIA FARMER

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

23.    REBECCA GAGGIN ON BEHALF OF PATRICK GAGGIN, DECEASED

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

24.    MARK MCCALL ON BEHALF OF MARGARET GALLOWAY, DECEASED

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

25.   HERBERT GOMEZ

      v.

      JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
      PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
      LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
      INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
      JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
      BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
      BAYER HEALTHCARE AG, and BAYER AG

26.   ERNESTINE HAMMOND MAGEE

      v.

      JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
      PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
      LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
      INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
      JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
      BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
      BAYER HEALTHCARE AG, and BAYER AG

27.   LINDA HARLOW

      v.

      JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
      PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
      LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
      INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
      JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
      BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
      BAYER HEALTHCARE AG, and BAYER AG

28.  JOHN HEELAN

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

29.  LORETTA ALEXANDER ON BEHALF OF JOHN HINSON, DECEASED

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

30.  MARGIE HOVORKA ON BEHALF OF CLEADUES HOVORKA, DECEASED

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

31.  BARBARA HOWARD

     v.

     JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
     PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
     LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
     INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
     JOHNSON  COMPANY;  BAYER  HEALTHCARE  PHARMACEUTICALS,  INC.;
     BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
     BAYER HEALTHCARE AG, and BAYER AG

32.  HAROLD HUDDLESTON

     v.

     JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
     PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
     LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
     INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
     JOHNSON  COMPANY;  BAYER  HEALTHCARE  PHARMACEUTICALS,  INC.;
     BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
     BAYER HEALTHCARE AG, and BAYER AG

33.  MICHAEL JAROSZ

     v.

     JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
     PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
     LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
     INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
     JOHNSON  COMPANY;  BAYER  HEALTHCARE  PHARMACEUTICALS,  INC.;
     BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
     BAYER HEALTHCARE AG, and BAYER AG

34.  JAMES KING

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

35.  GREG KLUBER

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

36.  CAROL KORZENIOWSKI

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

37.  RICHARD LAMBERT

     v.

     JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
     PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
     LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
     INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
     JOHNSON  COMPANY;  BAYER  HEALTHCARE  PHARMACEUTICALS,  INC.;
     BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
     BAYER HEALTHCARE AG, and BAYER AG

38.  FRANK LANE

     v.

     JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
     PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
     LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
     INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
     JOHNSON  COMPANY;  BAYER  HEALTHCARE  PHARMACEUTICALS,  INC.;
     BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
     BAYER HEALTHCARE AG, and BAYER AG

39.  MARY ANN LAVOIE

     v.

     JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
     PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
     LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
     INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
     JOHNSON  COMPANY;  BAYER  HEALTHCARE  PHARMACEUTICALS,  INC.;
     BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
     BAYER HEALTHCARE AG, and BAYER AG

40. TIMOTHY LOWDER ON BEHALF OF GLORIA LOWDER, DECEASED

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

41. MARYANN ROSATI ON BEHALF OF ANGELA MALACHINO, DECEASED

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

42. HENRY MALONE

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

43. KIM MAXFIELD

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

44. CHRISTINA MCDONALD

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

45. CAROL MEADOWS

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

46.  VIRGINIA MITCHELL

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

47.  COLLEEN MORSE

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

48.  LUCIAN PARKS

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

49.  ELIDA PENA

     v.

     JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
     PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
     LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
     INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
     JOHNSON  COMPANY;  BAYER  HEALTHCARE  PHARMACEUTICALS,  INC.;
     BAYER  PHARMA  AG;  BAYER  CORPORATION;  BAYER  HEALTHCARE,  LLC;
     BAYER HEALTHCARE AG, and BAYER AG

50.  HEIDI QUICK

     v.

     JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
     PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
     LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
     INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
     JOHNSON  COMPANY;  BAYER  HEALTHCARE  PHARMACEUTICALS,  INC.;
     BAYER  PHARMA  AG;  BAYER  CORPORATION;  BAYER  HEALTHCARE,  LLC;
     BAYER HEALTHCARE AG, and BAYER AG

51.  MARY RANALLI

     v.

     JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
     PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
     LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
     INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
     JOHNSON  COMPANY;  BAYER  HEALTHCARE  PHARMACEUTICALS,  INC.;
     BAYER  PHARMA  AG;  BAYER  CORPORATION;  BAYER  HEALTHCARE,  LLC;
     BAYER HEALTHCARE AG, and BAYER AG

52.    TANDRA REED-REASON

       v.

       JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
       PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
       LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
       INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
       JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
       BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
       BAYER HEALTHCARE AG, and BAYER AG

53.    CHARLIE RICHARD

       v.

       JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
       PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
       LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
       INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
       JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
       BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
       BAYER HEALTHCARE AG, and BAYER AG

54.    BARBARA RIISKA

       v.

       JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
       PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
       LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
       INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
       JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
       BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
       BAYER HEALTHCARE AG, and BAYER AG

55.  TIMOTHY ROGERS

    v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

56.  SHEON RUSSELL

    v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

57.  MICHAEL PERSCHITZ ON BEHALF OF JEAN SCHWARTZ, DECEASED

    v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

58.  ALFRED SCOTT ON BEHALF OF WESLEY SCOTT, DECEASED

     v.

     JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

59.  PATRICIA SHINES

     v.

     JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

60.  MARCELLA SMITH

     v.

     JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

61.  MARGARET SMITH

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

62.  MARY SOTO

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

63.  JAMES SOUCEK

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
BAYER HEALTHCARE AG, and BAYER AG

64. DORIS WALLACE

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
    PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
    LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
    INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
    JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
    BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
    BAYER HEALTHCARE AG, and BAYER AG

65. MARILYN WEAVER

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
    PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
    LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
    INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
    JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
    BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
    BAYER HEALTHCARE AG, and BAYER AG

66. ANNIE WELL

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
    PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
    LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
    INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
    JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
    BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
    BAYER HEALTHCARE AG, and BAYER AG

67.  JOHN WILHELM

    v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

68.  FREDERICK WILLIAMS

    v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

69.  ANGELA WILLIAMS

    v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, and BAYER AG

70.   WILLIAM WOODSON

      v.

      JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
      PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
      LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
      INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
      JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
      BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
      BAYER HEALTHCARE AG, and BAYER AG

71.   DERWIN WORDS

      v.

      JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
      PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
      LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
      INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
      JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
      BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
      BAYER HEALTHCARE AG, and BAYER AG

72.   BELINDA WRIGHT

      v.

      JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
      PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
      LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
      INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
      JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
      BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
      BAYER HEALTHCARE AG, and BAYER AG

73. FREDERICK YANCEY

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
    PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
    LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
    INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
    JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
    BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
    BAYER HEALTHCARE AG, and BAYER AG

74. WILBER YATES

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
    PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
    LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
    INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
    JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
    BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
    BAYER HEALTHCARE AG, and BAYER AG

75. DONNA ZERBIAN

    v.

    JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON
    PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO,
    LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA,
    INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON &
    JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.;
    BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC;
    BAYER HEALTHCARE AG, and BAYER AG